No. 95–241. WONG ET AL. *v.* CARSON CITY COUNCIL ET AL. Sup. Ct. Cal. Certiorari denied.

No. 95–245. CAMBONI ET UX. *v.* WHITEN ET AL. Ct. App. Ariz. Certiorari denied.

No. 95–247. MEREX A. G. ET AL. *v.* FAIRCHILD WESTON SYSTEMS, INC. C. A. 2d Cir. Certiorari denied.

No. 95–249. BENSALEM TOWNSHIP ET AL. *v.* BLANCHE ROAD CORP., T/A BLANCHE ROAD ASSOCIATES, I. C. A. 3d Cir. Certiorari denied.

No. 95–252. CAUDLE *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 95–253. UNITED STATES ET AL. *v.* KOCH ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–256. INSINGER MACHINE CO. *v.* PHILADELPHIA TAX REVIEW BOARD. Commw. Ct. Pa. Certiorari denied.

No. 95–260. AIU INSURANCE CO. ET AL. *v.* W. R. GRACE & COMPANY-CONN. ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–261. JONES ET AL. *v.* NORFOLK SOUTHERN CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–262. FEAVER, ACTING SECRETARY OF FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES, ET AL. *v.* ESTATE OF LECLAIR ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–263. CHESHIRE MEDICAL CENTER *v.* W. R. GRACE & CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–267. NEBRASKA *v.* YELLI. Sup. Ct. Neb. Certiorari denied.

No. 95–268. STUN-TECH, INC. *v.* RACC INDUSTRIES, INC. Ct. App. Ohio, Cuyahoga County. Certiorari denied.